**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Manuel GUARDIOLA, Defendant–
Appellant.**

**No. 06–50550
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 14, 2007.

Before REAVLEY, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM: *

Manuel Guardiola appeals from his conviction of conspiracy to possess with intent to distribute marijuana, conspiracy to import marijuana, conspiracy to possess with intent to distribute cocaine, and importation of cocaine. Guardiola contends that the district court erred by adjusting his offense level for obstruction of justice. Guardiola's 420–month sentence falls within the 360–month–to–life range that would have resulted had the district court not adjusted the offense level for obstruction of justice. The sentence is entitled to a presumption of reasonableness that Guardiola has failed to rebut. *See United States v. Medina–Argueta,* 454 F.3d 479, 483–84 (5th Cir.2006).

AFFIRMED.

**No. 06–30984**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Anne More Burnham, Law Offices of Anne Burnham, San Antonio, TX, for Defendant–Appellant.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.